W. BIDDLE GILMAN, appellant,

v.

FRANCES WAYLAND AYER, respondent.

[Filed June 23d, 1902.]

*Mr. John W. Wescott,* for the appellant.

*Mr. David J. Pancoast,* for the respondent.

Gilman *v.* Ayer.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated by Vice-Ordinary Reed in the opinion filed in the prerogative court.   See *47 Atl. Rep. 1049.*

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, COLLINS, FORT, GARRETSON, HENDRICKSON, PITNEY, BOGERT, ADAMS, VREDENBURGH—12.

*For reversal*—None.